# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1920
Lower Tribunal Nos. F05-5281A, F06-15941
_____

**Raudel Edwards Robinson,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Raudel Edwards Robinson, in proper person.

James Uthmeier, Attorney General and Ryan Schelwat, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

## ON MOTION FOR REHEARING

We deny appellant's motion for rehearing, withdraw our previous opinion, and substitute the following in its stead.

Affirmed.  See Wainwright v. State, 411 So. 3d 392 (Fla. 2025), cert. denied, 145 S.Ct. 2789 (2025) (concluding that even if the decision in Erlinger v. United States, 602 U.S. 821 (2024) constitutes a change of law, it does not apply retroactively); Ford v. State, 402 So. 3d 973, 981 (Fla. 2025) ("Erlinger was a direct-appeal case—not a postconviction case like Ford's— and it involved required jury findings regarding an element. Based on these fundamental distinctions, it is clear that Erlinger provides no support for vacating Ford's death sentences."); Viera v. State, 420 So. 3d 554 (Fla. 3d DCA 2025); Jackson v. State, 417 So. 3d 530 (Fla. 3d DCA 2025); Garcia v. State, 417 So. 3d 449 (Fla. 3d DCA 2025); Sagaille v. State, 415 So. 3d 875 (Fla. 3d DCA 2025); Lewis v. State, 415 So. 3d 814 (Fla. 3d DCA 2025); Del Sol v. State, 415 So. 3d 334 (Fla. 3d DCA 2025); Spikes v. State, 414 So. 3d 440 (Fla. 3d DCA 2025); Acosta v. State, 414 So. 3d 335 (Fla. 3d DCA June 18, 2025); Arias v. State, 413 So. 3d 999 (Fla. 3d DCA 2025).